**IT IS ORDERED as set forth below:**



**Date: November 4, 2022**

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>NEAL C. FRITZ, JR.,<br>Debtor.<br><br>──────────────<br><br>GUILD MORTGAGE COMPANY, LLC,<br>Movant.<br><br>vs.<br>NEAL C. FRITZ, JR.,<br>HUON LE, Trustee<br><br>Respondents.<br><br>──────────────| : CHAPTER 13<br>:<br>: CASE NO. 20-10969-SDB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

<u>ORDER GRANTING MOTION FOR APPROVAL OF HUD PARTIAL CLAIM
AGREEMENT (Docket #92)</u>

Movant filed a MOTION FOR APPROVAL OF HUD PARTIAL CLAIM AGREEMENT on October 3, 2022.

The above styled Motion was served to the above-captioned parties in interest, and it appearing that there was no opposition to the Motion and that Movant contends the parties were properly served;

IT IS HEREBY ORDERED that the Motion is GRANTED. Debtor shall be authorized to enter into the proposed HUD Partial Claims Agreement with **GUILD MORTGAGE COMPANY, LLC** referenced in the Motion regarding the loan on the property known as **415 Keesaw Glen, Grovetown, GA 30813.** The parties may proceed with the HUD Partial Claim Agreement, including the execution and recording of the finalized subordinate security instrument and Partial Claim Promissory Note and any other related documents.

FURTHER ORDERED that at its option, Movant, and its successors and assigns, may contact Debtor directly to discuss this modification, any potential forbearance agreements or workouts, or any other type of loss mitigation connected with this Order or with this loan.

FURTHER ORDERED that entry of this Order does not absolve Debtor of any ancillary requirements to file a modified Chapter 13 Plan or Schedules and all necessary pleadings in conjunction with same.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/Maria Tsagaris
Maria Tsagaris, Georgia BAR NO. 143071
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
678-281-6532
770-643-3514
Maria.Tsagaris@mccalla.com



Trustee
**Huon Le**
P.O. Box 2127
Augusta, GA 30903
706-724-1039
State bar No.


**Zane P. Leiden**
Leiden & Leiden
330 Telfair Street
Augusta, GA 30901
706-724-8548
State bar No. 445820